Certificate Number: 16339-PAE-DE-040860628

Bankruptcy Case Number: 18-17279



16339-PAE-DE-040860628

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 15, 2026, at 2:18 o'clock PM EDT, Evadney Scoggins completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 15, 2026          By:     /s/Kris Krumal

Name:   Kris Krumal

Title:   Certified Financial Counselor