United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17279-djb |
| Evadney Scoggins | Chapter 13 |
| Evadney Scoggins | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 10, 2026 | Form ID: 138OBJ | Total Noticed: 33 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evadney Scoggins, 501 E. Roumfort Road, Philadelphia, PA 19119-1035 |
| db | + | Evadney Scoggins, Mailing Address, c/o Marcia Waite-Sokale, 1243-1245 Tioga Street, Philadelphia, PA 19140-4231 |
| 14224159 | + | Account Recovery Services, Attn: Bankruptcy, 3031 N 114th St, Milwalkee, WI 53222-4218 |
| 14224164 | + | Cibik and Cataldo, P.C., 437 Chestnut Street, Suite 1000, Philadelphia, PA 19106-2426 |
| 14438562 | + | Estate of Gilbert H. Vernon, c/o Abramson & Denenberg, P.C., David H. Denenberg, Esquire, 1315 Walnut Street, Suite 500, Philadelphia, PA 19107-4705 |
| 14224176 | + | James Zwolak, Esq., Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102-1504 |
| 14224178 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14224182 | + | Summit Title Company, 40 West Chesapeake Avenue, Suite 506, Towson, MD 21204-4892 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecf@ccpclaw.com | Jun 11 2026 00:43:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| smg | | Email/Text: megan.harper@phila.gov | Jun 11 2026 00:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2026 00:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14224161 | | Email/Text: collectors@arresourcesinc.com | Jun 11 2026 00:43:00 | AR Resources Inc, Bankruptcy, PO Box 1056, Blue Bell, PA 19422 |
| 14224160 | ^ | MEBN | Jun 11 2026 00:40:27 | AmeriFinancial Solutions. Llc, PO Box 65018, Baltimore, MD 21264-5018 |
| 14224165 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 11 2026 00:43:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14224167 | | Email/Text: megan.harper@phila.gov | Jun 11 2026 00:43:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14224168 | | Email/Text: megan.harper@phila.gov | Jun 11 2026 00:43:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 14224166 | | Email/Text: megan.harper@phila.gov | Jun 11 2026 00:43:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14314878 | | Email/Text: megan.harper@phila.gov | Jun 11 2026 00:43:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14224169 | | Email/Text: megan.harper@phila.gov | | |

District/off: 0313-2                      User: admin                                    Page 2 of 3

Date Rcvd: Jun 10, 2026                   Form ID: 138OBJ                                 Total Noticed: 33

| | | | |
|---|---|---|---|
| | | Jun 11 2026 00:43:00 | City of Philadelphia Law Dept., Water and Sewer, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102 |
| 14224162 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2026 00:48:04 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14224163 | Email/Text: ecf@ccpclaw.com | Jun 11 2026 00:43:00 | Cibik and Cataldo, P.C., 225 S. 15th Street, Suite 1635, Philadelphia, PA 19102, ccpc@ccpclaw.com |
| 14224170 | Email/Text: bankruptcycourts@equifax.com | Jun 11 2026 00:43:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14224171 | ^ MEBN | Jun 11 2026 00:40:22 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14224172 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 11 2026 00:48:07 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 14224173 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2026 00:43:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14224177 | + Email/Text: MDSBankruptcies@meddatsys.com | Jun 11 2026 00:43:00 | Medical Data Systems Inc, Attn: Bankruptcy Dept, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 14224180 | ^ MEBN | Jun 11 2026 00:40:25 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14245368 | ^ MEBN | Jun 11 2026 00:40:27 | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA, PA 19122-2898, ATTN: BANKRUPTCY DEPT,3FL |
| 14256646 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2026 00:48:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14224179 | Email/Text: bankruptcygroup@peco-energy.com | Jun 11 2026 00:43:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14224181 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2026 00:48:31 | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |
| 14224183 | Email/Text: DASPUBREC@transunion.com | Jun 11 2026 00:43:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14224184 | Email/Text: eforbes@ph13trustee.com | Jun 11 2026 00:43:00 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 40119, Philadelphia, PA 19106-0119 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14224174 | * | I.R.S., Special Procedures Branch, Insolvency Unit, P.O. Box 12051, Philadelphia, PA 19105-2051 |
| 14224175 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, I.R.S., Special Procedures Branch, Insolvency Unit, P.O. Box 21126, Philadelphia, PA 19114 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2                          User: admin                                Page 3 of 3
Date Rcvd: Jun 10, 2026                        Form ID: 138OBJ                           Total Noticed: 33

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Evadney Scoggins help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)–doc 132 – 125

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Evadney Scoggins | ) | Case No. 18–17279–djb |
|    dba Scoggins Personal Care Home, Inc. | ) | |
| | ) | |
|    Evadney Scoggins | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 10, 2026

For The Court

Mohung Wong
Clerk of Court