United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 18-17279-djb
Evadney Scoggins Chapter 13
Evadney Scoggins
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin 
Date Rcvd: Aug 31, 2026 Form ID: 155 Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evadney Scoggins, Mailing Address, c/o Marcia Waite-Sokale, 1243-1245 Tioga Street, Philadelphia, PA 19140-4231 |
| db | + | Evadney Scoggins, 501 E. Roumfort Road, Philadelphia, PA 19119-1035 |
| 14224159 | + | Account Recovery Services, Attn: Bankruptcy, 3031 N 114th St, Milwalkee, WI 53222-4218 |
| 14224164 | + | Cibik and Cataldo, P.C., 437 Chestnut Street, Suite 1000, Philadelphia, PA 19106-2426 |
| 14438562 | + | Estate of Gilbert H. Vernon, c/o Abramson & Denenberg, P.C., David H. Denenberg, Esquire, 1315 Walnut Street, Suite 500, Philadelphia, PA 19107-4705 |
| 14224176 | + | James Zwolak, Esq., Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102-1504 |
| 14224178 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14224182 | + | Summit Title Company, 40 West Chesapeake Avenue, Suite 506, Towson, MD 21204-4892 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecf@ccpclaw.com | Sep 01 2026 01:48:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14224161 | | Email/Text: collectors@arresourcesinc.com | Sep 01 2026 01:48:00 | AR Resources Inc, Bankruptcy, PO Box 1056, Blue Bell, PA 19422 |
| 14224160 | ^ | MEBN | Sep 01 2026 01:45:54 | AmeriFinancial Solutions. Llc, PO Box 65018, Baltimore, MD 21264-5018 |
| 14224165 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 01 2026 01:48:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14224167 | | Email/Text: megan.harper@phila.gov | Sep 01 2026 01:48:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14224168 | | Email/Text: megan.harper@phila.gov | Sep 01 2026 01:48:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 14224166 | | Email/Text: megan.harper@phila.gov | Sep 01 2026 01:48:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14314878 | | Email/Text: megan.harper@phila.gov | Sep 01 2026 01:48:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14224169 | | Email/Text: megan.harper@phila.gov | Sep 01 2026 01:48:00 | City of Philadelphia Law Dept., Water and Sewer, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102 |
| 14224162 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 01 2026 02:00:18 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14224163 | | Email/Text: ecf@ccpclaw.com | Sep 01 2026 01:48:00 | Cibik and Cataldo, P.C., 225 S. 15th Street, Suite |

| | | | | |
|---|---|---|---|---|
| | | | | 1635, Philadelphia, PA 19102, ccpc@ccpclaw.com |
| 14224170 | | Email/Text: bankruptcycourts@equifax.com | Sep 01 2026 01:48:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14224171 | ^ | MEBN | Sep 01 2026 01:45:46 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14224172 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 01 2026 01:59:39 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 14224173 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 01 2026 01:48:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14224177 | + | Email/Text: MDSBankruptcies@meddatsys.com | Sep 01 2026 01:48:00 | Medical Data Systems Inc, Attn: Bankruptcy Dept, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 14224180 | ^ | MEBN | Sep 01 2026 01:46:04 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14245368 | ^ | MEBN | Sep 01 2026 01:46:04 | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA, PA 19122-2898, ATTN: BANKRUPTCY DEPT,3FL |
| 14256646 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2026 02:00:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14224179 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 01 2026 01:48:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14224181 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2026 02:00:01 | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |
| 14224183 | | Email/Text: DASPUBREC@transunion.com | Sep 01 2026 01:48:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14224184 | | Email/Text: eforbes@ph13trustee.com | Sep 01 2026 01:48:00 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 40119, Philadelphia, PA 19106-0119 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14224174 | * | I.R.S., Special Procedures Branch, Insolvency Unit, P.O. Box 12051, Philadelphia, PA 19105-2051 |
| 14224175 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, I.R.S., Special Procedures Branch, Insolvency Unit, P.O. Box 21126, Philadelphia, PA 19114 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Evadney Scoggins help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

***Form 155*** (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Evadney Scoggins<br>dba Scoggins Personal Care Home, Inc.<br><br>Evadney Scoggins<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 18−17279−djb<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 11, 2019

For The Court

Derek J Baker
Judge, United States Bankruptcy Court